KATHERINE SPERLING, Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

(Argued December 6, 1929; decided January 7, 1930.)

*Hugo Hirsh* and *Irving Moldauer* for appellant.

*Charles H. Street* and *Rawdon W. Kellogg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.